# Sarah Walensky, Defendant in Error, v. United States Grand Lodge of the Independent Order Brith Abraham, Plaintiff in Error.

## Gen. No. 15,854.

MUNICIPAL COURT—*when stenographic report stricken.* A stenographic report not filed within thirty days after the judgment date or within an extension of time granted within such period of thirty days, will be stricken.

Error to the Municipal Court of Chicago; the HON. JOHN H. HUME, Judge, presiding. Heard in this court at the October term, 1909. Affirmed. Opinion filed November 20, 1911.

SAMUELS & SAMUELS, for plaintiff in error.

HORNSTEIN & FISHER, for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

A judgment was entered in this, a fourth class case, in the Municipal Court of Chicago, July 29, 1909, for the sum of $500.    On August 25, 1909, an order was entered that the time to file a bill of exceptions be extended thirty days from date.    On September 22, 1909, an order was entered that the time to file a bill of exceptions be extended thirty days from date.    On October 22, 1909, a correct stenographic report of the proceedings at the trial was filed.

The defendant in error moves the court to strike from the record said stenographic report because same was not filed within the first extension of time given therefor, as provided by the statute.    Under the authority of Lassers v. North German Steamship Co., 244 Ill. 570; Wurlitzer Co. v. Dickinson, 247 Ill. 27; Haines v. Danderine Co., 248 Ill. 259; Lakeside Fish & Oyster Co. v. Mutual Fish Co., 155 Ill. App. 681, and Devine, Adm'r, v. Prudential Ins. Co., 156 Ill. App. 477, the motion is allowed.

No error appearing in the remaining record, the judgment is affirmed.

*Affirmed.*